UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PLATINUM PACKAGING, INC.           § Case No. 08-14324
                                          §
                                          §
                                          §
Debtor(s)                                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 04, 2008. The undersigned trustee was appointed on June 12, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $      195,688.07

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 339.89 |
   | Bank service fees | 816.09 |
   | Other payments to creditors | 3,000.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 191,532.09 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/09/2009 and the deadline for filing governmental claims was 02/09/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,034.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,034.32, for a total compensation of $13,034.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $317.89 and now requests reimbursement for expenses of $0.00, for total expenses of $317.89.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/09/2011          By:/s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-14324
Case Name: PLATINUM PACKAGING, INC.

Period Ending: 09/09/11

Trustee: (520171) JOHN E. GIERUM
Filed (f) or Converted (c): 06/04/08 (f)
§341(a) Meeting Date: 11/07/08
Claims Bar Date: 02/09/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account (s) | 192,142.47 | 192,142.47 | | 191,241.82 | FA |
| 2 | Landlord security deposit (s) | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Accounts receivable (s) | 22,702.32 | 0.00 | DA | 0.00 | FA |
| 4 | Claim against John Hancock (s) | 54,661.80 | Unknown | DA | 0.00 | FA |
| 5 | 2000 GMC Sierra (s) | 5,100.00 | 5,100.00 | | 4,000.00 | FA |
| 6 | Various business assets (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 446.25 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | $474,606.59 | $197,242.47 | | $195,688.07 | $0.00 |

**Major Activities Affecting Case Closing:**

reviewing claims and tax work

Initial Projected Date Of Final Report (TFR):   December 31, 2011        Current Projected Date Of Final Report (TFR):   December 31, 2011

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****90-19 - Time Deposit Account |
| Taxpayer ID #: | **-***6212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 03/13/09 | | FUNDING ACCOUNT: *******9065 | | 9999-000 | 175,000.00 | | 175,000.00 |
| 06/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 65.46 | | 175,065.46 |
| 09/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 65.48 | | 175,130.94 |
| 10/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.03 | | 175,153.97 |
| 11/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.60 | | 175,175.57 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.04 | | 175,198.61 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.60 | | 175,220.21 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.60 | | 175,241.81 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.33 | | 175,264.14 |
| 04/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.61 | | 175,285.75 |
| 05/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.61 | | 175,307.36 |
| 05/18/10 | | Transfer out to account *******9066 | Transfer out to account *******9066 | 9999-000 | -175,307.36 | | 0.00 |

|   |   |   |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -307.36 | 0.00 | |
| Subtotal | 307.36 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $307.36 | $0.00 | |

{} Asset reference(s)   Printed: 09/09/2011 03:54 PM   V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*90-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*6212 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/09 | {1} | Dave Sonn | | 1121-000 | 191,241.82 | | 191,241.82 |
| 03/13/09 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*9019 | | 9999-000 | | 175,000.00 | 16,241.82 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.28 | | 16,245.10 |
| 04/16/09 | {5} | David G. Sonn and Mary Kay Sonn | | 1129-000 | 666.67 | | 16,911.77 |
| 04/30/09 | {5} | David G. and Mary Kay Sonn | | 1129-000 | 666.67 | | 17,578.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,579.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,579.80 |
| 06/01/09 | {5} | David and Mary Kay Sonn | | 1129-000 | 666.67 | | 18,246.47 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,247.26 |
| 07/06/09 | {5} | David and Mary Kay Sonn | | 1129-000 | 666.67 | | 18,913.93 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,914.72 |
| 08/03/09 | {5} | David G. Sonn | | 1129-000 | 666.67 | | 19,581.39 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 19,582.21 |
| 09/08/09 | {5} | David G. and Mary Kay Sonn | | 1129-000 | 666.65 | | 20,248.86 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,249.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 20,250.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 20,251.34 |
| 12/14/09 | | To Account #\*\*\*\*\*\*\*\*9066 | TRANSFER OF FUNDS | 9999-000 | | 3,000.00 | 17,251.34 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 17,252.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 17,252.80 |
| 02/12/10 | | To Account #\*\*\*\*\*\*\*\*9066 | TRANSFER OF FUNDS | 9999-000 | | 149.77 | 17,103.03 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,103.68 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 17,104.44 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.44 | | 17,104.88 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*9065 | Wire out to BNYM account 9200\*\*\*\*\*\*9065 | 9999-000 | -17,104.88 | | 0.00 |
| | | | ACCOUNT TOTALS | | 178,149.77 | 178,149.77 | $0.00 |
| | | | Less: Bank Transfers | | -17,104.88 | 178,149.77 | |
| | | | Subtotal | | 195,254.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $195,254.65 | $0.00 | |

{} Asset reference(s)

Printed: 09/09/2011 03:54 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*90-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*6212 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/09 | | From Account #\*\*\*\*\*\*\*\*9065 | TRANSFER OF FUNDS | 9999-000 | 3,000.00 | | 3,000.00 |
| 12/14/09 | 101 | Rick Bennett/Lanese & Associates | Accountant Fees | 3410-000 | | 3,000.00 | 0.00 |
| 02/12/10 | | From Account #\*\*\*\*\*\*\*\*9065 | TRANSFER OF FUNDS | 9999-000 | 149.77 | | 149.77 |
| 02/12/10 | 102 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-14324 | 2200-000 | | 149.77 | 0.00 |
| 05/18/10 | | Transfer in from account \*\*\*\*\*\*\*\*9019 | Transfer in from account \*\*\*\*\*\*\*\*9019 | 9999-000 | 175,307.36 | | 175,307.36 |
| 05/18/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*9019 | Wire out to BNYM account 9200\*\*\*\*\*\*9019 | 9999-000 | -175,307.36 | | 0.00 |
| | | | ACCOUNT TOTALS | | 3,149.77 | 3,149.77 | $0.00 |
| | | | Less: Bank Transfers | | 3,149.77 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,149.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $3,149.77 | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******90-19 - Money Market Account |
| Taxpayer ID #: | **-***6212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9066 | Wire in from JPMorgan Chase Bank, N.A. account ********9066 | 9999-000 | 175,307.36 | | 175,307.36 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 10.08 | | 175,317.44 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 21.62 | | 175,339.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 22.34 | | 175,361.40 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 22.34 | | 175,383.74 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 175,388.06 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.00 | | 175,389.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.45 | | 175,392.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 175,396.83 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.46 | | 175,401.29 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.46 | | 175,405.75 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.03 | | 175,409.78 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.46 | | 175,414.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 175,418.56 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.14 | | 175,418.70 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.32 | | 175,423.02 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.39 | | 175,424.41 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.49 | | 175,425.90 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 336.43 | 175,089.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.48 | | 175,090.95 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 407.83 | 174,683.12 |

| | ACCOUNT TOTALS | 175,427.38 | 744.26 | $174,683.12 |
|---|---|---|---|---|
| | Less: Bank Transfers | 175,307.36 | 0.00 | |
| | Subtotal | 120.02 | 744.26 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $120.02 | $744.26 | |

{} Asset reference(s)    Printed: 09/09/2011 03:54 PM   V.12.57

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******90-65 - Money Market Account |
| Taxpayer ID #: | **-***6212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | 9999-000 | 17,104.88 | | 17,104.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 17,105.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 17,106.25 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 17,107.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 17,108.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.02 | | 17,109.27 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.41 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.55 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.97 |
| 02/04/11 | | To Account #9200******9066 | TRANSFER OF FUNDS | 9999-000 | | 168.12 | 16,941.85 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,941.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,942.12 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,942.25 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,942.39 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,942.52 |
| 07/25/11 | | To Account #9200******9066 | TRANSFER OF FUNDS | 9999-000 | | 22.00 | 16,920.52 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,920.66 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.49 | 16,888.17 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,888.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.34 | 16,848.97 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 17,110.92 | 261.95 | $16,848.97 |
| Less: Bank Transfers | | 17,104.88 | 190.12 | |
| Subtotal | | 6.04 | 71.83 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $6.04 | $71.83 | |

{} Asset reference(s)                                                                                                                                  Printed: 09/09/2011 03:54 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******90-66 - Checking Account |
| Taxpayer ID #: | **-***6212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/09/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******9065 | TRANSFER OF FUNDS | 9999-000 | 168.12 | | 168.12 |
| 02/07/11 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-14324, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 168.12 | 0.00 |
| 07/25/11 | | From Account #9200******9065 | TRANSFER OF FUNDS | 9999-000 | 22.00 | | 22.00 |
| 07/27/11 | 10104 | Illinois Department of Revenue | 2009 Form IL-1120-ST | 2820-000 | | 21.00 | 1.00 |
| 07/27/11 | 10105 | Illinois Department of Revenue | 2010 Form IL-1120-ST | 2820-000 | | 1.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 190.12 | 190.12 | $0.00 |
| | Less: Bank Transfers | 190.12 | 0.00 | |
| | Subtotal | 0.00 | 190.12 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $190.12 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****90-19 | 307.36 | 0.00 | 0.00 |
| MMA # ***-*****90-65 | 195,254.65 | 0.00 | 0.00 |
| Checking # ***-*****90-66 | 0.00 | 3,149.77 | 0.00 |
| MMA # 9200-******90-19 | 120.02 | 744.26 | 174,683.12 |
| MMA # 9200-******90-65 | 6.04 | 71.83 | 16,848.97 |
| Checking # 9200-******90-66 | 0.00 | 190.12 | 0.00 |
| | $195,688.07 | $4,155.98 | $191,532.09 |

{} Asset reference(s)

Printed: 09/09/2011 03:54 PM V.12.57

Printed: 09/09/11 03:54 PM                                                                 Page: 1

# Claims Proposed Distribution

## Case:  08-14324   PLATINUM PACKAGING, INC.

**Case Balance:** $191,532.09    **Total Proposed Payment:** $191,532.09    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Illinois Department of Revenue | Admin Ch. 7 | 21.00 | 21.00 | 21.00 | 0.00 | 0.00 | 191,532.09 |
|  | <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |
|  | Rick Bennett/Lanese & Associates | Admin Ch. 7 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 191,532.09 |
|  | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | JOHN E. GIERUM | Admin Ch. 7 | 13,034.32 | 13,034.32 | 0.00 | 13,034.32 | 13,034.32 | 178,497.77 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
|  | Much Shelist et al. | Admin Ch. 7 | 10,491.58 | 10,491.58 | 0.00 | 10,491.58 | 10,491.58 | 168,006.19 |
|  | <3991-12  Attorney for Creditor Fees> | | | | | | | |
|  | Illinois Department of Revenue | Admin Ch. 7 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 168,006.19 |
|  | <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |
|  | JOHN E. GIERUM | Admin Ch. 7 | 317.89 | 317.89 | 317.89 | 0.00 | 0.00 | 168,006.19 |
|  | <2200-00  Trustee Expenses> | | | | | | | |
|  | Lois West, Popowcer Katten Ltd. | Admin Ch. 7 | 2,317.50 | 2,317.50 | 0.00 | 2,317.50 | 2,317.50 | 165,688.69 |
|  | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | Illinois Department of Revenue | Priority | 0.00 | 890.15 | 0.00 | 890.15 | 890.15 | 164,798.54 |
|  | United States Treasury | Priority | 0.00 | 258.14 | 0.00 | 258.14 | 258.14 | 164,540.40 |
|  | United States Treasury | Priority | 0.00 | 1,103.78 | 0.00 | 1,103.78 | 1,103.78 | 163,436.62 |
|  | United States Treasury | Priority | 0.00 | 3,560.57 | 0.00 | 3,560.57 | 3,560.57 | 159,876.05 |
| 3 | Diane Sanders | Priority | 1,346.14 | 906.62 | 0.00 | 906.62 | 906.62 | 158,969.43 |
| 4 | John C. Elliott | Priority | 2,461.54 | 1,657.84 | 0.00 | 1,657.84 | 1,657.84 | 157,311.59 |
| 6 | John D. Sloan | Priority | 10,667.16 | 7,184.34 | 0.00 | 7,184.34 | 7,184.34 | 150,127.25 |
| 9 | Maria E. Davila | Priority | 2,048.00 | 1,379.32 | 0.00 | 1,379.32 | 1,379.32 | 148,747.93 |
| 10 | Mariano Davila | Priority | 1,280.00 | 862.08 | 0.00 | 862.08 | 862.08 | 147,885.85 |
|  | United States Treasury | Priority | 0.00 | 258.14 | 0.00 | 258.14 | 258.14 | 147,627.71 |
|  | United States Treasury | Priority | 0.00 | 356.05 | 0.00 | 356.05 | 356.05 | 147,271.66 |
|  | United States Treasury | Priority | 0.00 | 356.05 | 0.00 | 356.05 | 356.05 | 146,915.61 |
|  | United States Treasury | Priority | 0.00 | 1,103.78 | 0.00 | 1,103.78 | 1,103.78 | 145,811.83 |
| 14 | Internal Revenue Service | Priority | 1,134.52 | 1,134.52 | 0.00 | 1,134.52 | 1,134.52 | 144,677.31 |
| 1 | North Shore Sanitary District | Unsecured | 78.88 | 78.88 | 0.00 | 78.88 | 3.25 | 144,674.06 |
| 2 | Aurora Lift Truck Service | Unsecured | 10,181.11 | 10,181.11 | 0.00 | 10,181.11 | 418.97 | 144,255.09 |
| 5 | AmComp Insurance | Unsecured | 3,704.24 | 3,704.24 | 0.00 | 3,704.24 | 152.44 | 144,102.65 |
| 7 | Integrys Energy Services, Inc. | Unsecured | 62,461.36 | 62,461.36 | 0.00 | 62,461.36 | 2,570.40 | 141,532.25 |
| 8 | McMaster Carr (p) | Unsecured | 1,538.64 | 1,538.64 | 0.00 | 1,538.64 | 63.32 | 141,468.93 |

Printed: 09/09/11 03:54 PM

Page: 2

# Claims Proposed Distribution

## Case: 08-14324  PLATINUM PACKAGING, INC.

| Case Balance: | $191,532.09 | Total Proposed Payment: | $191,532.09 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 | LTN Staffing | Unsecured | 965,285.78 | 965,285.78 | 0.00 | 965,285.78 | 39,723.26 | 101,745.67 |
| 12 | Michael T. Origer | Unsecured | 566,533.36 | 566,533.36 | 0.00 | 566,533.36 | 23,313.87 | 78,431.80 |
| 13 | A-1 Air Compressor Corp. | Unsecured | 410.08 | 410.08 | 0.00 | 410.08 | 16.88 | 78,414.92 |
| 15 | Dam, Snell & Taveirne, Ltd. | Unsecured | 9,349.75 | 9,349.75 | 0.00 | 9,349.75 | 384.76 | 78,030.16 |
| 16 | Citibank (South Dakota) N.A. | Unsecured | 52.72 | 52.72 | 0.00 | 52.72 | 2.17 | 78,027.99 |
| 17 | David Sonn | Unsecured | 363,726.00 | 363,726.00 | 0.00 | 363,726.00 | 14,967.98 | 63,060.01 |
| 18 | John Hancock Life Insurance Co USA | Unsecured | 1,519,728.00 | 1,519,728.00 | 0.00 | 1,519,728.00 | 62,539.56 | 520.45 |
| 19 | John Hancock Life Insurance Co USA | Unsecured | 1,519,728.00 | 1,519,728.00 | 0.00 | 1,519,728.00 | 0.00 | 520.45 |
| 22 | Illinois Department of Revenue Bankruptcy Section | Unsecured | 12,647.15 | 12,647.15 | 0.00 | 12,647.15 | 520.45 | 0.00 |
| 20 | Melanie Eickhoff Chandler Group | Unsecured | 16,000.00 | 16,000.00 | 0.00 | 16,000.00 | 0.00 | 0.00 |
| 21 | Groot Recycling & Waste Services | Unsecured | 3,539.48 | 3,539.48 | 0.00 | 3,539.48 | 0.00 | 0.00 |
| | Total for Case 08-14324 : | | $5,103,085.20 | $5,105,159.22 | $3,339.89 | $5,101,819.33 | $191,532.09 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $29,183.29 | $29,183.29 | $3,339.89 | $25,843.40 | 100.000000% |
| Total Priority Claims : | $18,937.36 | $21,011.38 | $0.00 | $21,011.38 | 100.000000% |
| Total Unsecured Claims : | $5,054,964.55 | $5,054,964.55 | $0.00 | $144,677.31 | 2.862084% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-14324
Case Name: PLATINUM PACKAGING, INC.
Trustee Name: JOHN E. GIERUM

**Balance on hand:** $ 191,532.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 191,532.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 13,034.32 | 0.00 | 13,034.32 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten Ltd. | 2,317.50 | 0.00 | 2,317.50 |
| Other Fees: Much Shelist et al. | 10,491.58 | 0.00 | 10,491.58 |

Total to be paid for chapter 7 administration expenses: $ 25,843.40
Remaining balance: $ 165,688.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 165,688.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,011.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | United States Treasury | 356.05 | 0.00 | 356.05 |
| | United States Treasury | 258.14 | 0.00 | 258.14 |
| | United States Treasury | 1,103.78 | 0.00 | 1,103.78 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| | United States Treasury | 356.05 | 0.00 | 356.05 |
| 3 | Diane Sanders | 1,346.14 | 0.00 | 1,346.14 |
| 4 | John C. Elliott | 2,461.54 | 0.00 | 2,461.54 |
| 6 | John D. Sloan | 10,667.16 | 0.00 | 10,667.16 |
| 9 | Maria E. Davila | 2,048.00 | 0.00 | 2,048.00 |
| 10 | Mariano Davila | 1,280.00 | 0.00 | 1,280.00 |
| 14 | Internal Revenue Service | 1,134.52 | 0.00 | 1,134.52 |

Total to be paid for priority claims:  $      21,011.38
Remaining balance:  $     144,677.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,035,425.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | North Shore Sanitary District | 78.88 | 0.00 | 3.25 |
| 2 | Aurora Lift Truck Service | 10,181.11 | 0.00 | 418.97 |
| 5 | AmComp Insurance | 3,704.24 | 0.00 | 152.44 |
| 7 | Integrys Energy Services, Inc. | 62,461.36 | 0.00 | 2,570.40 |
| 8 | McMaster Carr (p) | 1,538.64 | 0.00 | 63.32 |
| 11 | LTN Staffing | 965,285.78 | 0.00 | 39,723.26 |
| 12 | Michael T. Origer | 566,533.36 | 0.00 | 23,313.87 |
| 13 | A-1 Air Compressor Corp. | 410.08 | 0.00 | 16.88 |
| 15 | Dam, Snell & Taveirne, Ltd. | 9,349.75 | 0.00 | 384.76 |
| 16 | Citibank (South Dakota) N.A. | 52.72 | 0.00 | 2.17 |
| 17 | David Sonn | 363,726.00 | 0.00 | 14,967.98 |
| 18 | John Hancock Life Insurance Co USA | 1,519,728.00 | 0.00 | 62,539.56 |
| 19 | John Hancock Life Insurance Co USA | 1,519,728.00 | 0.00 | 0.00 |
| 22 | Illinois Department of Revenue Bankruptcy Section | 12,647.15 | 0.00 | 520.45 |

Total to be paid for timely general unsecured claims:  $     144,677.31
Remaining balance:  $           0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 19,539.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Melanie Eickhoff Chandler Group | 16,000.00 | 0.00 | 0.00 |
| 21 | Groot Recycling & Waste Services | 3,539.48 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)