UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: PLATINUM PACKAGING, INC. | § Case No. 08-14324 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00am on 10/28/2011 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/09/2011          By:  /s/JOHN E. GIERUM
                                                            Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PLATINUM PACKAGING, INC. | § | Case No. 08-14324 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 195,688.07 |
| *and approved disbursements of* | $ | 4,155.98 |
| *leaving a balance on hand of* [1] | $ | 191,532.09 |

**Balance on hand:** $ 191,532.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 191,532.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 13,034.32 | 0.00 | 13,034.32 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten Ltd. | 2,317.50 | 0.00 | 2,317.50 |
| Other Fees: Much Shelist et al. | 10,491.58 | 0.00 | 10,491.58 |

Total to be paid for chapter 7 administration expenses: $ 25,843.40
Remaining balance: $ 165,688.69

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 165,688.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,011.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | United States Treasury | 356.05 | 0.00 | 356.05 |
| | United States Treasury | 258.14 | 0.00 | 258.14 |
| | United States Treasury | 1,103.78 | 0.00 | 1,103.78 |
| | United States Treasury | 356.05 | 0.00 | 356.05 |
| 3 | Diane Sanders | 1,346.14 | 0.00 | 1,346.14 |
| 4 | John C. Elliott | 2,461.54 | 0.00 | 2,461.54 |
| 6 | John D. Sloan | 10,667.16 | 0.00 | 10,667.16 |
| 9 | Maria E. Davila | 2,048.00 | 0.00 | 2,048.00 |
| 10 | Mariano Davila | 1,280.00 | 0.00 | 1,280.00 |
| 14 | Internal Revenue Service | 1,134.52 | 0.00 | 1,134.52 |

Total to be paid for priority claims: $ 21,011.38
Remaining balance: $ 144,677.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 5,035,425.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | North Shore Sanitary District | 78.88 | 0.00 | 3.25 |
| 2 | Aurora Lift Truck Service | 10,181.11 | 0.00 | 418.97 |
| 5 | AmComp Insurance | 3,704.24 | 0.00 | 152.44 |
| 7 | Integrys Energy Services, Inc. | 62,461.36 | 0.00 | 2,570.40 |
| 8 | McMaster Carr (p) | 1,538.64 | 0.00 | 63.32 |
| 11 | LTN Staffing | 965,285.78 | 0.00 | 39,723.26 |
| 12 | Michael T. Origer | 566,533.36 | 0.00 | 23,313.87 |
| 13 | A-1 Air Compressor Corp. | 410.08 | 0.00 | 16.88 |
| 15 | Dam, Snell & Taveirne, Ltd. | 9,349.75 | 0.00 | 384.76 |
| 16 | Citibank (South Dakota) N.A. | 52.72 | 0.00 | 2.17 |
| 17 | David Sonn | 363,726.00 | 0.00 | 14,967.98 |
| 18 | John Hancock Life Insurance Co USA | 1,519,728.00 | 0.00 | 62,539.56 |
| 19 | John Hancock Life Insurance Co USA | 1,519,728.00 | 0.00 | 0.00 |
| 22 | Illinois Department of Revenue Bankruptcy Section | 12,647.15 | 0.00 | 520.45 |

Total to be paid for timely general unsecured claims:   $   144,677.31
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 19,539.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Melanie Eickhoff Chandler Group | 16,000.00 | 0.00 | 0.00 |
| 21 | Groot Recycling & Waste Services | 3,539.48 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 08-14324-ABG
Platinum Packaging, Inc.                                                Chapter 7
          Debtor               CERTIFICATE OF NOTICE
District/off: 0752-1           User: mrahmoun              Page 1 of 2                  Date Rcvd: Sep 13, 2011
                               Form ID: pdf006             Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2011.
db           +Platinum Packaging, Inc.,    3818 Grandville Avenue,    Gurnee, IL 60031-2332
aty          +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
aty          +Michael L Ralph, Sr,    Ralph, Schwab & Schiever, Chtd,    175 E Hawthorn Pkwy Ste 345,
               Vernon Hills, IL 60061-1460
aty          +William J Mantas,    Gierum & Mantas,    9700 West Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
tr           +John E Gierum,    John E Gierum,    Gierum & Mantas,   9700 Higgins Road,    Suite 1015,
               Rosemont, IL 60018-4712
12540648     +3800 Sunset Partners,    Attn: Michael Origer,    61 S. Barrington Rd.,
               South Barrington, IL 60010-7143
12540649     +A-1 Air Compressor Corp.,    679 W WINTHROP AVE,    ADDISON IL 60101-4491
12540650     +ABC Security Corp.,    339 Egidi Drive,    Wheeling, IL 60090-2653
12540659     +AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
12540651     +Ace Hardware,    155 Peterson Road,    Libertyville, IL 60048-1075
12540654     +AmComp Insurance,    P.O. Box 4334,    Lisle, IL 60532-9334
12540653     +AmComp Insurance,    P.O. Box 88806,    North Palm Beach, FL 33408-8806
12540652     +Amcomp Insurance,    P.O. Box 863525,    Orlando, FL 32886-0001
12540656     +Amerigas,    Gurnee Dept. 0140,    Palatine, IL 60055-0001
12540655     +Amerigas,    1030 N. Skokie Hwy.,    Gurnee, IL 60031-2393
12540657     +Anderson Pest Control,    237 Peterson Rd.,    Libertyville, IL 60048-1005
12540658     +Arturo Hernandez,    2330 N. Elmwood Ave.,    Waukegan, IL 60087-3067
12540660     +Aurora Lift Truck Service,    1901 Albright Road,    Montgomery, IL 60538-1157
12540661     +Barbara Schiavi,    5522 Washington Rd., Apt. 9,    Kenosha, WI 53144-4277
12540662     +Beauty Avenues,    7 Limited Parkway East,    Reynoldsburg, OH 43068-5300
12540663     +Cecilia C. Gonzalez,    914 N. Ash St.,    Waukegan, IL 60085-2904
12540664     +Cesar Hernandez,    800 Linden Ave., Apt. 2C,    Waukegan, IL 60085-2860
12540665     +Chicago Suburban Express, Inc.,     P.O. Box 388568,    Chicago, IL 60638-8568
13460802     +Citibank (South Dakota) N.A.,    DBA:,    4740 121St St.,   Urbandale, IA 50323-2402
17587365     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
12540666     +Con-Way Freight, Inc.,    P.O. Box 5160,    Portland, OR 97208-5160
12540670     +DI Central Corp.,    1199 NASA Parkway, Ste. 101,    Houston, TX 77058-3374
12540667     +Dam, Snell & Taveirne, Ltd.,    1512 Artaius Pkwy., Ste. 100,    Libertyville, IL 60048-5231
12540668     +Dam, Snell & Taveirne, Ltd.,    21 Rollins Rd.,    Fox Lake, IL 60020-1800
12540669     +David Sonn,    Michael L Ralph Sr,    Ralph Schwab & Schiever,    175 E Hawthorn Pkwy Suite 345,
               Vernon Hills IL 60061-1460
12540671     +Diane Sanders,    5391 Virginia Ct.,    Gurnee, IL 60031-6322
16451785     +Employers,    fka AM Comp Assurance Company),    Attn: Marge Chambers,    255 California Street,
               Suite 900,    San Francisco, CA 94111-4920
12540673      Federal Express,    P.O. Box 1140,   Memphis, TN 38101
12540672     +Federal Express,    P.O. Box 94515,   Palatine, IL 60094-4515
12540674      Federal Express Corp./Cust. Rel.,    3875 Airways, Module H3,    Dept. 4634,   Memphis, TN 38116
12540675     +Great Lakes Bank,    13057 S. Western,    Blue Island, IL 60406-2418
12540676     +Groot Recycling & Waste Services,    2500 Landmeier Rd.,    Elk Grove Village, IL 60007-2627
12540677     +Guardian,    P.O. Box 95101,    Chicago, IL 60694-5101
12540679     +Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV 88901-6029
12540686    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department Of The Treasury,     Internal Revenue Service,    POB 21126,
               Philadelphia, PA  19114)
12540681     +Ice Mountain,    P.O. Box 856680,    Louisville, KY 40285-6680
12540680     +Ice Mountain,    P.O. Box 628,    Wilkes Barre, PA 18703-0628
12540682      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
12540683      Illinois Dept. of Empl. Sec.,    Bankruptcy Unit,    3rd Fl., 401 S. State St.,   Chicago, IL 60605
12540685     +Integrys Energy Services, Inc.,    P.O. Box 19046,    Green Bay, WI 54307-9046
12540684     +Integrys Energy Services, Inc.,    1716 Lawrence Dr.,    De Pere, WI 54115-9108
12540688     +James R. Hermann & Assoc.,    700 S. Lewis Ave., Ste. 230,    Waukegan, IL 60085-6173
12540689     +Javier Carreno,    635 Washington Park,    Waukegan, IL 60085-7252
12540690     +Jo Ann Hughes,    3527 22nd St.,    Kenosha, WI 53144-1425
12540691     +John C. Elliott,    9607 343rd Court,    Twin Lakes, WI 53181-9447
12540692     +John D. Sloan,    511 Harvey Avenue,    Grayslake, IL 60030-1421
12540694     +John Hancock Life Insurance Co USA,     c/o John D Silk Rothschild etal,    55 W Monroe St Ste 900,
               Chicago IL 60603-5137
12540693     +John Hancock Life Insurance Co.,    c/o Douglas W. Stiles, Esq.,    9 North County St., Ste. 202,
               Waukegan, IL 60085-8109
12540695     +Jose Serrano,    903 Butrick St.,    Waukegan, IL 60085-2701
12540696     +Kensa Corp.,    38780 Oakcrest Ln.,    Wadsworth, IL 60083-9556
12540701     +LTN Staffing,    C/o Colleen E McManus Much Shelist,    Denenberg Ament & Rubenstein PC,
               191 N Wacker Drive Suite 1800,    Chicago IL 60606-1631
12540697     +Labor Temps South,    5620 W. Cermak Road,    Cicero, IL 60804-2219
12540698     +Landscape Concepts,    31745 Alleghany Rd.,    Grayslake, IL 60030-9509
12540699     +Laura Hernandez,    947 New York St.,    Waukegan, IL 60085-2721
12540700      Longford International, Ltd.,    41 Lamont Ave.,    Toronto, Ontario,    Canada M1S 1A8
12540702     +Manufacturers Warehouse Supply,    3 N. Hickory Ave.,    Arlington Heights, IL 60004-6204
12540703     +Maria E. Davila,    220 Beachview Dr.,    Round Lake, IL 60073-2604
```

```
District/off: 0752-1            User: mrahmoun              Page 2 of 2                 Date Rcvd: Sep 13, 2011
                                Form ID: pdf006             Total Noticed: 86

12540704     +Mariano Davila,   1304 Idlewild Dr.,   Round Lake, IL 60073-1838
12540705     +McMaster Carr,   P.O. Box 7690,   Chicago, IL 60680-7690
12540706     +McMaster Carr,   600 N. County Line Rd.,   Elmhurst, IL 60126-2081
12540707     +McMaster Carr (p),   P.O. Box 4355,   Chicago, IL 60680-4355
12540708     +Melanie Eickhoff Chandler Group,   615 Tiffany Road,   Waukegan, IL 60085-3346
13062839     +Michael T. Origer,   J Ryan Potts,   230 W Monroe Suite 2250,   Chicago IL 60606-4902
12540710     +Minerva Gomez,   3204 lebanon Ave., apt. 109,   Zion, IL 60099-3094
12540711     +Nadine Lira,   947 New York St.,   Waukegan, IL 60085-2721
12540714     +Patricia L. Chavez,   1021 Indiana Ave.,   Waukegan, IL 60085-2616
12540716     +Quill Corporation,   P.O. Box 37600,   Philadelphia, PA 19101-0600
12540715     +Quill Corporation,   P.O. Box 94080,   Palatine, IL 60094-4080
12540717     +Rally Packaging Corp.,   325 Wegner Rd.,   McHenry, IL 60051-8606
12540718     +Ronald M. Ficarelli,   10121 Nevada,   Franklin Park, IL 60131-3121
12540719     +The Lincoln Life Insurance Company,   P.O. Box 83584,   Lincoln, NE 68501-3584
12540720     +Unicare Healh Insurance,   P.O. Box 0797,   Carol Stream, IL 60132-0001
12540721     +United Parcel Service,   UPS Corporate Headquarters,   55 Glenlake Parkway, NE,
               Atlanta, GA 30328-3474
12540722     +United Parcel Service,   P.O. Box 650580,   Dallas, TX 75265-0580
12540723     +Village of Gurnee,   325 North O'Plaine Rd.,   Gurnee, IL 60031-2610
12540724     +Vista Corporate Health,   2615 Washington St.,   Waukegan, IL 60085-4980
12540726     +Wanda I. Geigel Velazquez,   1517 Ridgeway St.,   Round Lake Beach, IL 60073-2191
12540727     +Westfield Insurance,   P.O. Box 9001566,   Louisville, KY 40290-1566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12540713     +E-mail/Text: ucmail@northshoresanitary.org Sep 14 2011 04:31:38      North Shore Sanitary District,
               P.O. Box 2140,   Bedford Park, IL 60499-2140
12540712     +E-mail/Text: ucmail@northshoresanitary.org Sep 14 2011 04:31:38      North Shore Sanitary District,
               P.O. Box 750, Wm Koepsel Dr.,   Gurnee, IL 60031-0750
12540725     +E-mail/Text: SCD_BankruptcyNotices@Grainger.com Sep 14 2011 05:02:55      W.W. Grainger, Inc.,
               Dept. 845926849,   Palatine, IL 60038-0001
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
12540678    ##+Home Depot,   P.O. Box 689100,   Des Moines, IA 50368-9100
12540687    ##+J. Ryan Potts,   Brotschul Potts LLC,   230 West Monroe St., Ste. 2250,   Chicago, IL 60606-4902
12540709    ##+Metal Supermarkets,   3790 Hawthorn Court,   Waukegan, IL 60087-3222
                                                                                              TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2011**          **Signature:**   *Joseph Speetjens*