# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PLATINUM PACKAGING, INC.    § Case No. 08-14324
                                   §
                                   §
Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $277,364.12 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $165,311.22 | Claims Discharged Without Payment: $4,909,592.53 |
| Total Expenses of Administration: $30,379.76 | |

3) Total gross receipts of $ 195,690.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $195,690.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 22.00 | 30,379.76 | 30,379.76 | 30,379.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,685.97 | 31,584.51 | 33,658.53 | 30,869.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,042,317.40 | 5,042,317.40 | 134,441.45 |
| **TOTAL DISBURSEMENTS** | $16,707.97 | $5,104,281.67 | $5,106,355.69 | $195,690.98 |

4) This case was originally filed under Chapter 7 on June 04, 2008. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2013          By: /s/JOHN E. GIERUM
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account   (s) | 1121-000 | 191,241.82 |
| 2000 GMC Sierra   (s) | 1129-000 | 4,000.00 |
| Interest Income | 1270-000 | 449.16 |
| **TOTAL GROSS RECEIPTS** | | **$195,690.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | N/A | 21.00 | 21.00 | 21.00 |
| Rick Bennett/Lanese & Associates | 3410-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| JOHN E. GIERUM | 2100-000 | N/A | 13,034.32 | 13,034.32 | 13,034.32 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | | | | |
|---|---|---|---|---|---|
| Much Shelist et al. | 3991-120 | N/A | 10,491.58 | 10,491.58 | 10,491.58 |
| Illinois Department of Revenue | 2820-000 | N/A | 1.00 | 1.00 | 1.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 317.89 | 317.89 | 317.89 |
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 2,317.50 | 2,317.50 | 2,317.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 336.43 | 336.43 | 336.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.49 | 32.49 | 32.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 407.83 | 407.83 | 407.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.16 | 26.16 | 26.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.62 | 34.62 | 34.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 358.94 | 358.94 | 358.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,379.76 | $30,379.76 | $30,379.76 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Treasury | 5300-000 | N/A | N/A | 258.14 | 258.14 |
| | United States Treasury | 5300-000 | N/A | N/A | 1,103.78 | 1,103.78 |
| | United States Treasury | 5300-000 | N/A | N/A | 3,560.57 | 3,560.57 |
| | Illinois Department of Revenue | 5300-000 | N/A | N/A | 890.15 | 822.84 |
| | United States Treasury | 5800-000 | N/A | N/A | 356.05 | 115.11 |
| | United States Treasury | 5800-000 | N/A | N/A | 356.05 | 356.05 |
| | United States Treasury | 5800-000 | N/A | N/A | 258.14 | 258.14 |
| | United States Treasury | 5800-000 | N/A | N/A | 1,103.78 | 272.54 |
| 3 | Diane Sanders | 5300-000 | 1,538.00 | 1,346.14 | 906.62 | 0.00 |
| 4 | John C. Elliott | 5300-000 | 2,462.00 | 2,461.54 | 1,657.84 | 1,657.84 |
| 6 | John D. Sloan | 5300-000 | 9,485.97 | 10,667.16 | 7,184.34 | 7,184.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Maria E. Davila | 5300-000 | 1,920.00 | 2,048.00 | 1,379.32 | 1,379.32 |
| 10 | Mariano Davila | 5300-000 | 1,280.00 | 1,280.00 | 862.08 | 862.08 |
| 14 | Internal Revenue Service | 5800-000 | N/A | 1,134.52 | 1,134.52 | 391.87 |
| 22 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 12,647.15 | 12,647.15 | 12,647.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,685.97 | $31,584.51 | $33,658.53 | $30,869.77 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | North Shore Sanitary District | 7100-000 | N/A | 78.88 | 78.88 | 3.05 |
| 2 | Aurora Lift Truck Service | 7100-000 | N/A | 10,181.11 | 10,181.11 | 0.00 |
| 5 | AmComp Insurance | 7100-000 | N/A | 3,704.24 | 3,704.24 | 142.58 |
| 7 | Integrys Energy Services, Inc. | 7100-000 | N/A | 62,461.36 | 62,461.36 | 2,404.15 |
| 8 | McMaster Carr (p) | 7100-000 | N/A | 1,538.64 | 1,538.64 | 59.22 |
| 11 | LTN Staffing | 7100-000 | N/A | 965,285.78 | 965,285.78 | 37,154.11 |
| 12 | Michael T. Origer | 7100-000 | N/A | 566,533.36 | 566,533.36 | 21,806.02 |
| 13 | A-1 Air Compressor Corp. | 7100-000 | N/A | 410.08 | 410.08 | 15.78 |
| 15 | Dam, Snell & Taveirne, Ltd. | 7100-000 | N/A | 9,349.75 | 9,349.75 | 359.87 |
| 16 | Citibank (South Dakota) N.A. | 7100-000 | N/A | 52.72 | 52.72 | 2.03 |
| 17 | David Sonn | 7100-000 | N/A | 363,726.00 | 363,726.00 | 13,999.91 |
| 18 | John Hancock Life Insurance Co USA | 7100-000 | N/A | 1,519,728.00 | 1,519,728.00 | 58,494.73 |
| 19 | John Hancock Life Insurance Co USA | 7100-000 | N/A | 1,519,728.00 | 1,519,728.00 | 0.00 |
| 20 | Melanie Eickhoff Chandler Group | 7200-000 | N/A | 16,000.00 | 16,000.00 | 0.00 |
| 21 | Groot Recycling & Waste Services | 7200-000 | N/A | 3,539.48 | 3,539.48 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,042,317.40 | $5,042,317.40 | $134,441.45 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-14324  
**Case Name:** PLATINUM PACKAGING, INC.

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/04/08 (f)  
**§341(a) Meeting Date:** 11/07/08  

**Period Ending:** 12/23/13  
**Claims Bar Date:** 02/09/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account (s) | 192,142.47 | 192,142.47 | | 191,241.82 | FA |
| 2 | Landlord security deposit (s) | 200,000.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts receivable (s) | 22,702.32 | 0.00 | | 0.00 | FA |
| 4 | Claim against John Hancock (s) | 54,661.80 | Unknown | | 0.00 | FA |
| 5 | 2000 GMC Sierra (s) | 5,100.00 | 5,100.00 | | 4,000.00 | FA |
| 6 | Various business assets (s) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 449.16 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$474,606.59** | **$197,242.47** | | **$195,690.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

awaiting clerk deposit check to clear bank

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** September 12, 2011 (Actual)

Printed: 12/23/2013 09:23 AM    V.13.13

Case 08-14324   Doc 63   Filed 12/23/13   Entered 12/23/13 09:44:20   Desc Main
Document       Page 7 of 18

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-14324
**Case Name:** PLATINUM PACKAGING, INC.

**Taxpayer ID #:** **-***6212
**Period Ending:** 12/23/13

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****90-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/26/09 | {1} | Dave Sonn | | 1121-000 | 191,241.82 | | 191,241.82 |
| 03/13/09 | | ACCOUNT FUNDED: ********9019 | | 9999-000 | | 175,000.00 | 16,241.82 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.28 | | 16,245.10 |
| 04/16/09 | {5} | David G. Sonn and Mary Kay Sonn | | 1129-000 | 666.67 | | 16,911.77 |
| 04/30/09 | {5} | David G. and Mary Kay Sonn | | 1129-000 | 666.67 | | 17,578.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,579.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,579.80 |
| 06/01/09 | {5} | David and Mary Kay Sonn | | 1129-000 | 666.67 | | 18,246.47 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,247.26 |
| 07/06/09 | {5} | David and Mary Kay Sonn | | 1129-000 | 666.67 | | 18,913.93 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,914.72 |
| 08/03/09 | {5} | David G. Sonn | | 1129-000 | 666.67 | | 19,581.39 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 19,582.21 |
| 09/08/09 | {5} | David G. and Mary Kay Sonn | | 1129-000 | 666.65 | | 20,248.86 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,249.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 20,250.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 20,251.34 |
| 12/14/09 | | To Account #********9066 | TRANSFER OF FUNDS | 9999-000 | | 3,000.00 | 17,251.34 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 17,252.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 17,252.80 |
| 02/12/10 | | To Account #********9066 | TRANSFER OF FUNDS | 9999-000 | | 149.77 | 17,103.03 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,103.68 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 17,104.44 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.44 | | 17,104.88 |
| 04/20/10 | | Wire out to BNYM account 9200******9065 | Wire out to BNYM account 9200******9065 | 9999-000 | -17,104.88 | | 0.00 |

| | ACCOUNT TOTALS | 178,149.77 | 178,149.77 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | -17,104.88 | 178,149.77 | |
| | Subtotal | 195,254.65 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$195,254.65** | **$0.00** | |

{} Asset reference(s)

Printed: 12/23/2013 09:23 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-14324  
**Case Name:** PLATINUM PACKAGING, INC.  

**Taxpayer ID #:** **-***6212  
**Period Ending:** 12/23/13  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****90-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/09 | | From Account #********9065 | TRANSFER OF FUNDS | 9999-000 | 3,000.00 | | 3,000.00 |
| 12/14/09 | 101 | Rick Bennett/Lanese & Associates | Accountant Fees | 3410-000 | | 3,000.00 | 0.00 |
| 02/12/10 | | From Account #********9065 | TRANSFER OF FUNDS | 9999-000 | 149.77 | | 149.77 |
| 02/12/10 | 102 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-14324 | 2200-000 | | 149.77 | 0.00 |
| 05/18/10 | | Transfer in from account ********9019 | Transfer in from account ********9019 | 9999-000 | 175,307.36 | | 175,307.36 |
| 05/18/10 | | Wire out to BNYM account 9200******9019 | Wire out to BNYM account 9200******9019 | 9999-000 | -175,307.36 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,149.77 | 3,149.77 | $0.00 |
| | | | Less: Bank Transfers | | 3,149.77 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,149.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,149.77** | |

{} Asset reference(s)

Printed: 12/23/2013 09:23 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****90-19 - Time Deposit Account |
| Taxpayer ID #: | **-***6212 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/23/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 03/13/09 | | FUNDING ACCOUNT: ********9065 | | 9999-000 | 175,000.00 | | 175,000.00 |
| 06/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 65.46 | | 175,065.46 |
| 09/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 65.48 | | 175,130.94 |
| 10/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.03 | | 175,153.97 |
| 11/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.60 | | 175,175.57 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.04 | | 175,198.61 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.60 | | 175,220.21 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.60 | | 175,241.81 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.33 | | 175,264.14 |
| 04/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.61 | | 175,285.75 |
| 05/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 21.61 | | 175,307.36 |
| 05/18/10 | | Transfer out to account ********9066 | Transfer out to account ********9066 | 9999-000 | -175,307.36 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | -307.36 | 0.00 | |
| | | | **Subtotal** | | **307.36** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$307.36** | **$0.00** | |

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-14324  
**Case Name:** PLATINUM PACKAGING, INC.  
**Taxpayer ID #:** **-***6212  
**Period Ending:** 12/23/13

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******90-19 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9066 | Wire in from JPMorgan Chase Bank, N.A. account ********9066 | 9999-000 | 175,307.36 | | 175,307.36 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 10.08 | | 175,317.44 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 21.62 | | 175,339.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 22.34 | | 175,361.40 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 22.34 | | 175,383.74 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 175,388.06 |
| 10/08/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.00 | | 175,389.06 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.45 | | 175,392.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 175,396.83 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.46 | | 175,401.29 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.46 | | 175,405.75 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.03 | | 175,409.78 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.46 | | 175,414.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 175,418.56 |
| 05/02/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.14 | | 175,418.70 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.32 | | 175,423.02 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.39 | | 175,424.41 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.49 | | 175,425.90 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 336.43 | 175,089.47 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.48 | | 175,090.95 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 407.83 | 174,683.12 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.02 | 174,695.14 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.43 | | 174,696.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 358.94 | 174,337.63 |
| 10/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 1.24 | | 174,338.87 |
| 10/27/11 | | To Account #9200******9066 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 174,338.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 175,430.05 | 175,430.05 | $0.00 |
| | | | Less: Bank Transfers | | 175,307.36 | 174,338.87 | |
| | | | **Subtotal** | | 122.69 | 1,091.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$122.69** | **$1,091.18** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-14324
**Case Name:** PLATINUM PACKAGING, INC.
**Taxpayer ID #:** **-***6212
**Period Ending:** 12/23/13

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******90-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | 9999-000 | 17,104.88 | | 17,104.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 17,105.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 17,106.25 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 17,107.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 17,108.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.02 | | 17,109.27 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.41 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.55 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,109.97 |
| 02/04/11 | | To Account #9200******9066 | TRANSFER OF FUNDS | 9999-000 | | 168.12 | 16,941.85 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,941.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,942.12 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,942.25 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,942.39 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,942.52 |
| 07/25/11 | | To Account #9200******9066 | TRANSFER OF FUNDS | 9999-000 | | 22.00 | 16,920.52 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,920.66 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.49 | 16,888.17 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,888.31 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.34 | 16,848.97 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.16 | 16,850.13 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,850.26 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.62 | 16,815.64 |
| 10/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 16,815.75 |
| 10/27/11 | | To Account #9200******9066 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 16,815.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,111.16 | 17,111.16 | **$0.00** |
| | | | Less: Bank Transfers | | 17,104.88 | 17,005.87 | |
| | | | **Subtotal** | | 6.28 | 105.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.28** | **$105.29** | |

{} Asset reference(s)

Printed: 12/23/2013 09:23 AM    V.13.13

Page: 6

## Form 2
### Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08-14324 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | PLATINUM PACKAGING, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******90-66 - Checking Account |
| **Taxpayer ID #:** | **-***6212 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/23/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/11 | | From Account #9200******9065 | TRANSFER OF FUNDS | 9999-000 | 168.12 | | 168.12 |
| 02/07/11 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-14324, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 168.12 | 0.00 |
| 07/25/11 | | From Account #9200******9065 | TRANSFER OF FUNDS | 9999-000 | 22.00 | | 22.00 |
| 07/27/11 | 10104 | Illinois Department of Revenue | 2009 Form IL-1120-ST | 2820-000 | | 21.00 | 1.00 |
| 07/27/11 | 10105 | Illinois Department of Revenue | 2010 Form IL-1120-ST | 2820-000 | | 1.00 | 0.00 |
| 10/27/11 | | From Account #9200******9019 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 174,338.87 | | 174,338.87 |
| 10/27/11 | | From Account #9200******9065 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 16,815.75 | | 191,154.62 |
| 10/28/11 | 10106 | JOHN E. GIERUM | Dividend paid 100.00% on $13,034.32, Trustee Compensation; Reference: | 2100-000 | | 13,034.32 | 178,120.30 |
| 10/28/11 | 10107 | Much Shelist et al. | Dividend paid 100.00% on $10,491.58, Attorney for Creditor Fees; Reference: | 3991-120 | | 10,491.58 | 167,628.72 |
| 10/28/11 | 10108 | Lois West, Popowcer Katten Ltd. | Dividend paid 100.00% on $2,317.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,317.50 | 165,311.22 |
| 10/28/11 | 10109 | United States Treasury | Dividend paid 100.00% on $3,560.57; Filed: $0.00 for Federal W/H Voided on 01/30/12 | 5300-000 | | 3,560.57 | 161,750.65 |
| 10/28/11 | 10110 | United States Treasury | Dividend paid 100.00% on $1,103.78; Filed: $0.00 for FICA Voided on 01/30/12 | 5300-000 | | 1,103.78 | 160,646.87 |
| 10/28/11 | 10111 | United States Treasury | Dividend paid 100.00% on $258.14; Filed: $0.00 for Medicare Voided on 01/30/12 | 5300-000 | | 258.14 | 160,388.73 |
| 10/28/11 | 10112 | Illinois Department of Revenue | Dividend paid 100.00% on $890.15; Filed: $0.00 for State W/H Voided on 01/30/12 | 5300-000 | | 890.15 | 159,498.58 |
| 10/28/11 | 10113 | John C. Elliott | First and Final Distribution | 5300-000 | | 1,657.84 | 157,840.74 |
| 10/28/11 | 10114 | John D. Sloan | First and Final Distribution | 5300-000 | | 7,184.34 | 150,656.40 |
| 10/28/11 | 10115 | Maria E. Davila | First and Final Distribution | 5300-000 | | 1,379.32 | 149,277.08 |
| 10/28/11 | 10116 | Mariano Davila | First and Final Distribution | 5300-000 | | 862.08 | 148,415.00 |
| 10/28/11 | 10117 | United States Treasury | Dividend paid 100.00% on $1,103.78; Filed: $0.00 for FICA Voided on 01/30/12 | 5800-000 | | 1,103.78 | 147,311.22 |
| 10/28/11 | 10118 | United States Treasury | Dividend paid 100.00% on $258.14; Filed: | 5800-000 | | 258.14 | 147,053.08 |
| | | | Subtotals : | | $191,344.74 | $44,291.66 | |

{} Asset reference(s)

Printed: 12/23/2013 09:23 AM    V.13.13

## Form 2

### Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-14324  
**Case Name:** PLATINUM PACKAGING, INC.  
**Taxpayer ID #:** **-***6212  
**Period Ending:** 12/23/13  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******90-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $0.00 for Medicare<br>Voided on 01/30/12 | | | | |
| 10/28/11 | 10119 | United States Treasury | Dividend paid 100.00% on $356.05; Filed: $0.00 for FUTA<br>Voided on 01/30/12 | 5800-000 | | 356.05 | 146,697.03 |
| 10/28/11 | 10120 | United States Treasury | Dividend paid 100.00% on $356.05; Filed: $0.00 for SUTA<br>Voided on 01/30/12 | 5800-000 | | 356.05 | 146,340.98 |
| 10/28/11 | 10121 | Internal Revenue Service | First and Final Distribution<br>Voided on 01/30/12 | 5800-000 | | 1,134.52 | 145,206.46 |
| 10/28/11 | 10122 | Illinois Department of Revenue Bankruptcy Section | First and Final Distribution | 5800-000 | | 12,647.15 | 132,559.31 |
| 10/28/11 | 10123 | Aurora Lift Truck Service | First and Final Distribution<br>Voided on 01/30/12 | 7100-000 | | 385.27 | 132,174.04 |
| 10/28/11 | 10124 | AmComp Insurance | First and Final Distribution | 7100-000 | | 140.17 | 132,033.87 |
| 10/28/11 | 10125 | Integrys Energy Services, Inc. | First and Final Distribution | 7100-000 | | 2,363.61 | 129,670.26 |
| 10/28/11 | 10126 | McMaster Carr (p) | First and Final Distribution | 7100-000 | | 58.22 | 129,612.04 |
| 10/28/11 | 10127 | LTN Staffing | First and Final Distribution | 7100-000 | | 36,527.49 | 93,084.55 |
| 10/28/11 | 10128 | Michael T. Origer | First and Final Distribution | 7100-000 | | 21,438.25 | 71,646.30 |
| 10/28/11 | 10129 | A-1 Air Compressor Corp. | First and Final Distribution | 7100-000 | | 15.52 | 71,630.78 |
| 10/28/11 | 10130 | Dam, Snell & Taveirne, Ltd. | First and Final Distribution | 7100-000 | | 353.80 | 71,276.98 |
| 10/28/11 | 10131 | David Sonn | First and Final Distribution<br>Voided on 12/06/11 | 7100-000 | | 13,763.80 | 57,513.18 |
| 10/28/11 | 10132 | John Hancock Life Insurance Co USA | First and Final Distribution | 7100-000 | | 57,508.20 | 4.98 |
| 10/28/11 | 10133 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 01/30/12 | 7100-000 | | 4.98 | 0.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 11/09/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 0.00 |
| 12/06/11 | 10131 | David Sonn | First and Final Distribution<br>Voided: check issued on 10/28/11 | 7100-000 | | -13,763.80 | 13,763.80 |
| 12/06/11 | 10134 | Michael T. Origer | Pursuant to Court Order Case No. 09 L 5682 | 7100-000 | | 13,763.80 | 0.00 |
| 01/30/12 | 10109 | United States Treasury | Dividend paid 100.00% on $3,560.57; Filed: $0.00 for Federal W/H<br>Voided: check issued on 10/28/11 | 5300-000 | | -3,560.57 | 3,560.57 |
| 01/30/12 | 10110 | United States Treasury | Dividend paid 100.00% on $1,103.78; Filed: $0.00 for FICA | 5300-000 | | -1,103.78 | 4,664.35 |

Subtotals :   $0.00   $142,388.73

{} Asset reference(s)   Printed: 12/23/2013 09:23 AM   V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 08-14324 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | PLATINUM PACKAGING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******90-66 - Checking Account |
| Taxpayer ID #: | **-***6212 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/23/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided: check issued on 10/28/11 | | | | |
| 01/30/12 | 10111 | United States Treasury | Dividend paid 100.00% on $258.14; Filed: $0.00 for Medicare<br>Voided: check issued on 10/28/11 | 5300-000 | | -258.14 | 4,922.49 |
| 01/30/12 | 10112 | Illinois Department of Revenue | Dividend paid 100.00% on $890.15; Filed: $0.00 for State W/H<br>Voided: check issued on 10/28/11 | 5300-000 | | -890.15 | 5,812.64 |
| 01/30/12 | 10117 | United States Treasury | Dividend paid 100.00% on $1,103.78; Filed: $0.00 for FICA<br>Voided: check issued on 10/28/11 | 5800-000 | | -1,103.78 | 6,916.42 |
| 01/30/12 | 10118 | United States Treasury | Dividend paid 100.00% on $258.14; Filed: $0.00 for Medicare<br>Voided: check issued on 10/28/11 | 5800-000 | | -258.14 | 7,174.56 |
| 01/30/12 | 10119 | United States Treasury | Dividend paid 100.00% on $356.05; Filed: $0.00 for FUTA<br>Voided: check issued on 10/28/11 | 5800-000 | | -356.05 | 7,530.61 |
| 01/30/12 | 10120 | United States Treasury | Dividend paid 100.00% on $356.05; Filed: $0.00 for SUTA<br>Voided: check issued on 10/28/11 | 5800-000 | | -356.05 | 7,886.66 |
| 01/30/12 | 10121 | Internal Revenue Service | First and Final Distribution<br>Voided: check issued on 10/28/11 | 5800-000 | | -1,134.52 | 9,021.18 |
| 01/30/12 | 10123 | Aurora Lift Truck Service | First and Final Distribution<br>Voided: check issued on 10/28/11 | 7100-000 | | -385.27 | 9,406.45 |
| 01/30/12 | 10133 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 10/28/11 | 7100-000 | | -4.98 | 9,411.43 |
| 01/31/12 | 10135 | Illinois Department of Revenue | 36-4086212 / IL-941 4th quarter 2011 | 5300-000 | | 822.84 | 8,588.59 |
| 01/31/12 | 10136 | United States Treasury | 36-4086212 / 940 - 2011 | 5800-000 | | 115.11 | 8,473.48 |
| 01/31/12 | 10137 | U.S. Treasury | 36-4086212 / 941 - 4th quarter 2011 | | | 5,809.22 | 2,664.26 |
| | | | 3,560.57 | 5300-000 | | | 2,664.26 |
| | | | 1,103.78 | 5300-000 | | | 2,664.26 |
| | | | 258.14 | 5300-000 | | | 2,664.26 |
| | | | 272.54 | 5800-000 | | | 2,664.26 |
| | | | 258.14 | 5800-000 | | | 2,664.26 |
| | | | 356.05 | 5800-000 | | | 2,664.26 |
| 06/11/12 | 10138 | Aurora Lift Truck Service | First and Final Distribution<br>Stopped on 02/26/13 | 7100-000 | | 391.87 | 2,272.39 |
| 06/11/12 | 10139 | Integrys Energy Services, Inc. | First and Final Distribution | 7100-000 | | 40.54 | 2,231.85 |
| 06/11/12 | 10140 | LTN Staffing | First and Final Distribution | 7100-000 | | 626.62 | 1,605.23 |

Subtotals :   $0.00   $3,059.12

{} Asset reference(s)

Printed: 12/23/2013 09:23 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 08-14324
**Case Name:** PLATINUM PACKAGING, INC.
**Taxpayer ID #:** **-***6212
**Period Ending:** 12/23/13

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******90-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/12 | 10141 | Michael T. Origer | First and Final Distribution | 7100-000 | | 367.77 | 1,237.46 |
| 06/11/12 | 10142 | Dam, Snell & Taveirne, Ltd. | First and Final Distribution | 7100-000 | | 6.07 | 1,231.39 |
| 06/11/12 | 10143 | David Sonn | First and Final Distribution Voided on 06/27/12 | 7100-000 | | 236.11 | 995.28 |
| 06/11/12 | 10144 | John Hancock Life Insurance Co USA | First and Final Distribution | 7100-000 | | 986.53 | 8.75 |
| 06/11/12 | 10145 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 8.75 | 0.00 |
| | | | Dividend paid 3.84% on 3.05 $78.88; Claim# 1; Filed: $78.88 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.84% on 2.41 $3,704.24; Claim# 5; Filed: $3,704.24 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.84% on 1.00 $1,538.64; Claim# 8; Filed: $1,538.64 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.84% on 0.26 $410.08; Claim# 13; Filed: $410.08 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.84% on 2.03 $52.72; Claim# 16; Filed: $52.72 | 7100-000 | | | 0.00 |
| 06/27/12 | 10143 | David Sonn | First and Final Distribution Voided: check issued on 06/11/12 | 7100-000 | | -236.11 | 236.11 |
| 06/27/12 | 10146 | Michael T. Origer | Pursuant to Court Order, Case No. 09 L 5682 | 7100-000 | | 236.11 | 0.00 |
| 02/26/13 | 10138 | Aurora Lift Truck Service | First and Final Distribution Stopped: check issued on 06/11/12 | 7100-000 | | -391.87 | 391.87 |
| 02/28/13 | | TRANSFER TO 0001052017188 20130228 | TRANSFER TO 0001052017188 20130228 | 9999-000 | | ! 391.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **191,344.74** | **191,344.74** | **$0.00** |
| | | | Less: Bank Transfers | | 191,344.74 | 391.87 | |
| | | | **Subtotal** | | **0.00** | **190,952.87** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$190,952.87** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| **Case Number:** | 08-14324 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | PLATINUM PACKAGING, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****654319 - Checking Account |
| **Taxpayer ID #:** | **-***6212 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/23/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 12/23/2013 09:23 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| **Case Number:** | 08-14324 | | **Trustee:** | JOHN E. GIERUM (520171) |
| **Case Name:** | PLATINUM PACKAGING, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****654365 - Checking Account |
| **Taxpayer ID #:** | **-***6212 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/23/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)      Printed: 12/23/2013 09:23 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| **Case Number:** | 08-14324 | | **Trustee:** | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PLATINUM PACKAGING, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****654366 - Checking Account |
| **Taxpayer ID #:** | **-***6212 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/23/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/01/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 391.87 | | 391.87 |
| 10/25/13 | 20147 | Internal Revenue Service | Taxes | 5800-000 | | 391.87 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 391.87 | 391.87 | $0.00 |
| | | Less: Bank Transfers | | | 391.87 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 391.87 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $391.87 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****90-65** | 195,254.65 | 0.00 | 0.00 |
| **Checking # ***-*****90-66** | 0.00 | 3,149.77 | 0.00 |
| **TIA # ***-*****90-19** | 307.36 | 0.00 | 0.00 |
| **Checking # 9200-******90-19** | 122.69 | 1,091.18 | 0.00 |
| **Checking # 9200-******90-65** | 6.28 | 105.29 | 0.00 |
| **Checking # 9200-******90-66** | 0.00 | 190,952.87 | 0.00 |
| **Checking # ****654319** | 0.00 | 0.00 | 0.00 |
| **Checking # ****654365** | 0.00 | 0.00 | 0.00 |
| **Checking # ****654366** | 0.00 | 391.87 | 0.00 |
| | $195,690.98 | $195,690.98 | $0.00 |

{} Asset reference(s)     Printed: 12/23/2013 09:23 AM    V.13.13